# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 470 |
| | : | |
| EXTENSION OF PILOT PROGRAM FOR | : | CRIMINAL PROCEDURAL RULES |
| ELECTRONIC FILING AND SERVICE OF | : | |
| MOTIONS AND OTHER LEGAL PAPERS | : | DOCKET |
| IN THE FIRST JUDICIAL DISTRICT | : | |
| COURT OF COMMON PLEAS, TRIAL | : | |
| DIVISION-CRIMINAL SECTION AND | : | |
| THE PHILADELPHIA MUNICIPAL | : | |
| COURT-CRIMINAL SECTION | : | |
| | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 29th day of February, 2016, **IT IS ORDERED** pursuant to Article V, Section 10 of the Constitution of Pennsylvania that the pilot program for electronic filing in the First Judicial District Court of Common Pleas, Trial Division-Criminal Section and the Philadelphia Municipal Court-Criminal Section, as initially authorized by Order No. 424, Criminal Procedural Rules Docket (February 6, 2013) and its accompanying local rule, shall be extended until further Order of Court.

During the pilot program, the provisions of the local rule shall control to the extent that the local rule's provisions conflict with the Pennsylvania Rules of Criminal Procedure, the Electronic Case Record Public Access Policy and the Records Retention and Disposition Schedule With Guidelines.

This **ORDER** shall be processed in accordance with Pa.R.J.A. No. 103(b), and shall be effective immediately.

Justice Eakin did not participate in the consideration or decision of this matter.